Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
RHicks@chdlawyers.com

**ATTORNEYS FOR** Defendant
PROGRESSIVE WEST INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSELLA BERRY, | No. CV 09 5511 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL OF ACTION** |
| vs. | |
| PROGRESSIVE WEST INSURANCE COMPANY; and DOES 1 through 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties hereto, by and through their respective counsel, that the Court may dismiss with prejudice the complaint of plaintiff Rosella Berry against all defendants, including defendant Progressive West Insurance Company.

The parties have executed a full and final settlement agreement and release and the settlement has been finalized.

Dated: 1-29, 2010            HABBAS, NASSERI & ASSOCIATES

By: _____
Edward W. Heffner, Jr.
Attorneys for Plaintiff
Rosella Berry

Stipulation and Order re Dismissal of Action
Case No. No. CV 09 5511

Dated: _____, 2010     CODDINGTON, HICKS & DANFORTH

By: _____
Randolph S. Hicks
Attorneys for Defendant
Progressive West Insurance Company

## ORDER

The Court concurs with the foregoing stipulation and it is hereby ordered that the complaint of plaintiff against all defendants be dismissed with prejudice.

Dated: Feb 9, 2010

By: _____
Honorable Samuel Conti

*IT IS SO ORDERED*
Judge Samuel Conti
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive #300
Redwood City, CA 94065
(650) 592-5400

Stipulation and Order re Dismissal of Action
Case No. No. CV 09 5511

2